UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X

IN RE WORLD TRADE CENTER LOWER : 21 MC 102 (AKH)
MANHATTAN DISASTER SITE LITIGATION :

-------------------------------------------------------------X

HECTOR CORDOVA, : 07-CV-01595-AKH

           Plaintiff,

                                    **APPEARANCE**

  - against -

222 BROADWAY, LLC, *et al.*, : **ELECTRONICALLY FILED**

           Defendants.
-------------------------------------------------------------X

To the Clerk of this Court and all parties of record:

Enter my appearance as counsel in this case for:

**222 BROADWAY, LLC.**

I certify that I am admitted to practice in this court.

Dated: New York, New York         DICKSTEIN SHAPIRO LLP
       January 18, 2008

                              By:    /s/ Judith R. Cohen
                                       _____
                                       Judith R. Cohen (JC-8614)
                                       1177 Avenue of the Americas
                                       New York, New York 10036
                                       Phone: (212) 277-6500
                                       Fax: (212) 277-6501

                                       *Attorney for Defendant*
                                       222 BROADWAY, LLC.